UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SANDERS,<br><br>   Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br>INC., et al,<br><br>   Defendants. | Case No.:  2:20-cv-10628-DSF-JPR<br><br>**ORDER OF DISMISSAL** |

  Pursuant to the Stipulation of Dismissal filed by the parties on August 23, 2021, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC. are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

  **IT IS SO ORDERED.**

Dated:  August 23, 2021

            Honorable Dale S. Fischer
            United States District Judge

Order of Dismissal